JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBERIUS RUBEN SUSTAR, a minor by and through his G.A.L., Tiberius Sustar,<br><br>Plaintiff,<br><br>v.<br><br>CEC ENTERTAINMENT INC., dba Chuck E. Cheese, a business organization, form unknown, and DOES 1 to 20,<br><br>Defendant. | Case No. 5:15-cv-00052-VAP-DTB<br><br>**ORDER ON STIPULATION TO REMAND CASE TO SUPERIOR COURT**<br><br>Action Filed: October 15, 2014 |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is REMANDED to the Superior Court of California, County of Riverside (Riverside Superior Court Case No. RIC1409766). Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: February 26, 2015

By: _____
HON. Virginia A. Phillips
District Court Judge